UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ON SEMICONDUCTOR CORPORATION, ET AL.,

    Plaintiffs,

v.                       Case No. 8:17-cv-322-T-33JSS

MICRO PROCESSING TECHNOLOGY, INC.,

    Defendant.
_____/

**ORDER**

This cause is before the Court pursuant to the February 8, 2017, Order transferring the case to this Court from the District of Arizona. (Doc. # 52). Therein, the court explained that this action is related to <u>Plasma-Therm LLC v. Micro Processing Technology, Inc.</u>, 8:15-cv-2785-CEH-TBM (the Florida Litigation) and further stated "the interests of justice strongly support a transfer to the Middle District of Florida, where this case and the Florida Litigation may be resolved together in a logical order and efficient manner." (<u>Id.</u> at 11).

Upon consideration of Local Rule 1.04(b), M.D. Fla., concerning "transfer of related cases before two or more judges" and Local Rule 1.03(d), M.D. Fla., which states, "The judge to whom any case is assigned may, at any time, reassign the case to any other consenting judge for any limited purpose or for all

further purposes," this matter is hereby transferred, with her consent, to the Honorable Charlene Honeywell, United States District Judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

This case is hereby reassigned to the Honorable Charlene Honeywell, United States District Judge, with her consent, to conduct all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 9th day of February, 2017.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE